UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SALING, | No. 2:13-cv-1039-TLN-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| KEITH ROYAL, Sheriff of Nevada County, California; GAYLE SATCHWELL, Former Director of Human Resources, Nevada County, | |
| Defendants. | |

On March 19, 2014, the court heard defendants' motion to dismiss, ECF No. 7, and plaintiff's motion for leave to file an amended complaint, ECF No. 28. Plaintiff appeared pro se; attorney Alison Barratt-Green appeared on behalf of defendants.

For the reasons stated on the record, plaintiff's motion to amend the complaint is granted. As a result, defendants' motion to dismiss is denied as moot. Plaintiff shall file a first amended complaint by June 2, 2014. The amended complaint shall be responsive to the defects in the existing complaint that were identified on the record at the hearing. Defendants shall file a response to plaintiff's first amended complaint by July 2, 2014.

So Ordered.

DATED: March 19, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE