UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SALING, | No. 2:13-cv-1039-TLN-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| KEITH ROYAL, Sheriff of Nevada County, California; GAYLE SATCHWELL, Former Director of Human Resources, Nevada County, | |
| Defendant. | |

The Equal Employment Opportunity Commission's ("EEOC") motion for leave to file an *amicus curiae* brief addressing a legal issued raised in defendants' pending motion to dismiss, ECF No. 59, is granted.[1]

Accordingly, it is hereby ORDERED that:

1. The EEOC's proposed *amicus curiae* brief, ECF No. 59-1, shall be filed as of the date of this order;

2. Defendants may file a response to the EEOC's brief on or before May 27, 2015; and

/////

---

[1] The court has determined that oral argument would not materially assist in resolving the request for leave to file an amicus brief and the hearing set for May 13, 2015 is vacated.

1

3. Plaintiff and the EEOC may file replies to defendants' response, if any, on or before June 10, 2015.

DATED: May 11, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2