UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SALING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEITH ROYAL, Sheriff of Nevada County, California; GAYLE SATCHWELL, Former Director of Human Resources, Nevada County,<br><br>　　　　Defendants. | No.  2:13-cv-1039-TLN-EFB PS<br><br><br>ORDER |

On September 9, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 9, 2015, are ADOPTED.

2. Defendants' motion to dismiss Plaintiff's first amended complaint, ECF No. 40, is granted as follows:

      a. Plaintiff's first ("Intrusion Into Seclusion (Privacy) Under Equal Protection"), third ("Retaliation Termination"), fourth ("Harassment in violation of Title VII") and seventh ("Civil Conspiracy") causes of action are dismissed with leave to amend;

      b. Plaintiff's state law claims are dismissed with prejudice and without leave to amend.

3. Defendants' motion to dismiss Plaintiff's due process claim is denied.

4. Plaintiff is granted thirty days from the date of service of this order to file a second amended compliant as provided in the magistrate judge's Findings and Recommendations. The second amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint." Should Plaintiff fail to timely file a second amended complaint, this action shall proceed on Plaintiff's due process claim.

Dated:  September 29, 2015

                                  Troy L. Nunley  
                                  United States District Judge