UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SALING,<br><br>            Plaintiff,<br><br>      v.<br><br>KEITH ROYAL, Sheriff of Nevada County, California; GAYLE SATCHWELL, Former Director of Human Resources, Nevada County,<br><br>            Defendants. | No.  2:13-cv-1039-TLN-EFB<br><br>ORDER |

This case, in which plaintiff was proceeding *in propria persona*, was before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On October 19, 2015, attorney Patrick H. Dwyer was substituted in as attorney of record for plaintiff.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

/////

/////

/////

1

1       Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge
2 is withdrawn and the case is referred back to the district judge.
3 DATED: October 19, 2015.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE