**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Ariana Van Alstine, SBN 296624
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
Keith Royal, Nevada County Sheriff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SALING, | CASE NO. 2:13-cv-01039-TLN-EFB PS |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER** (Local Rule 182(d)) |
| v. | |
| KEITH ROYAL, SHERIFF NEVADA COUNTY, CA; GAYLE SATCHWELL, FORMER DIRECTOR HUMAN RESOURCE, NEVADA COUNTY | |
| Defendants | Amended Complaint Filed: 07/03/14<br>Complaint Filed: 5/24/2013 |

Pursuant to Local Rule 182(d) of the United States District Court for the Eastern District of California, Carl L. Fessenden and Ariana A. Van Alstine (the "Withdrawing Attorneys") from the Law Firm of Porter Scott herby notify the parties and the Court of their intent to withdraw as attorneys of record on behalf of Defendants Keith Royal and Nevada County Sheriff.

The withdrawal will not cause undue delay to the parties or to the Court in the ultimate resolution of this action, as Defendants have been and continue to be represented by County Counsel, Alison A. Barratt-Green. Accordingly, Withdrawing Attorneys respectfully request that this Court approve this withdrawal.

Carl L. Fessenden, SBN 161494

Ariana Van Alstine, SBN 296624

350 University Ave., Suite 200

1
**NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER** (Local Rule 182(d))

1  Sacramento, California 95825

2  TEL: 916.929.1481

3  FAX: 916.927.3706

4  cfessenden@porterscott.com

5  avanalstine@porterscott.com

6  Please remove the attorneys named above from the docket of this case.

7

8  Dated:  December 1, 2015				PORTER SCOTT
						A PROFESSIONAL CORPORATION

9

10						By /s/ Carl L. Fessenden_____
							Carl L. Fessenden
11							Ariana Van Alstine
							Attorneys for Defendant
12

**IT IS SO ORDERED**

Dated:  December 1, 2015

                                           Troy L. Nunley
                                           United States District Judge

**NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER** (Local Rule 182(d))