**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants KEITH ROYAL and GAYLE SATCHWELL

**Patrick H. Dwyer**
Attorney at Law
P.O. Box 1705
Penn Valley, CA 95946
TEL: 530-432-5407
Attorney for Plaintiff TAMMY SALING

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SALING, | CASE NO. 2:13-cv-01039-TLN-EFB |
| Plaintiff, | **JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER [DOC 105] TO EXTEND DISCOVERY PERIOD; AND ORDER** |
| v. | |
| KEITH ROYAL, Sheriff of Nevada County, California; and GAYLE SATCHWELL, Former Director of Human Resources, Nevada County, | Final Pre-Trial Conference: 06/13/2019<br>Trial: 08/19/2019 |
| Defendants. | |

The Parties, by and through their respective counsel, request that the Court modify its Scheduling Order to extend the date discovery is to be completed to October 31, 2018, and the date experts are to be designated in writing to December 15, 2018.

Pursuant to the Pre-Trial Scheduling Order, currently, discovery is to be completed by September 19, 2018 [Doc 105, p. 2:2], and the date the parties are to designate experts is November 18, 2018 [Doc. 105, p. 2:16]. The Parties have met and conferred and have agreed that the discovery deadline should be extended to October 31, 2018, and the expert designation date extended to December 15, 2018. Good cause exists for the modification to the Pre-Trial Scheduling Order as

the County of Nevada is substituting in new counsel, the law office of Porter Scott. The new counsel needs time to get up to speed on the case and there are calendaring conflicts that exist which impact the ability to get depositions completed. The parties agree that extending the deadlines is in the best interest of the clients and that the short continuance will not impact other dates set forth in the Scheduling Order.

THE PARTIES HEREBY STIPULATE and agree as set forth above.

PORTER SCOTT
A Professional Corporation

Date: July 3, 2018          /s/Carl L. Fessenden
                            Carl L. Fessenden
                            Attorney for Defendants


Date: July 3, 2018          /s/Patrick Dwyer (authorized 07/03/2018)
                            Patrick Dwyer
                            Attorney for Plaintiff

## ORDER

Based upon the Stipulation of the parties, and good cause shown, the Pre-Trial Scheduling Order [Doc. 105] is modified as follows:

1. Discovery deadline is extended to October 31, 2018; and
2. The Expert Designation date is extended to December 15, 2018.

**IT IS SO ORDERED.**

Dated: July 9, 2018

_____
Troy L. Nunley
United States District Judge

{01846517.DOCX}  2
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER
[DOC 105] TO EXTEND DISCOVERY PERIOD; AND ORDER**