**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Barakah M. Amaral, SBN 298726
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants KEITH ROYAL and GAYLE SATCHWELL

**LAW OFFICE OF PATRICK DWYER**
Patrick Dwyer, SBN 137743
P.O. Box 1705
Penn Valley, CA 95946
TEL: 530.432.5407
FAX: 530.432.9122
Attorney for Plaintiff TAMMY SALING

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SALING, | CASE NO. 2:13-CV-001039 TLN EFB |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO REFER MATTER TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| v. | |
| KEITH ROYAL, Sheriff of Nevada County, California; and GAYLE SATCHWELL, Former Director of Human Resources, Nevada County, | Complaint Filed: 05/24/2013<br>First Amended Complaint 07/03/2014<br>Second Amended Complaint: 10/29/2015<br>Third Amended Complaint: 11/07/2016 |
| Defendants. | **Final Pre-Trial Conference: 06/13/2019**<br>**Trial: 08/19/2019** |

Plaintiff TAMMY SALING filed a lawsuit on May 24, 2013. Defendants ROYAL and SATCHELL answered the Complaint after several Motions to Dismiss. The Court issued its Status (Pretrial Scheduling) Order on November 3, 2017, and at that time did not set a settlement conference, but allowed the parties to request a settlement conference date. The parties are in the process of completing initial discovery. In so doing, the parties have agreed that this case would benefit from an early settlement conference with a Magistrate Judge. The parties have met and

{01853127.DOCX}  1

**STIPULATION AND [~~PROPOSED~~] ORDER TO REFER MATTER TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

conferred and have agreed to request that U.S. Magistrate Judge Edmund F. Brennan preside over the settlement conference.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their counsel of record, that this matter is requested to be referred to Magistrate Judge Edmund F. Brennan for a settlement conference on August 28, 2018.

Dated: July 19, 2018  **PORTER SCOTT**
**A PROFESSIONAL CORPORATION**

By /s/Carl L. Fessenden
  Carl L. Fessenden
  Attorneys for Defendants ROYAL and SATCHWELL

Dated: July 19, 2018  **LAW OFFICE OF PATRICK DWYER**

By /s/Patrick Dwyer (authorized on 07/18/18)
  Patrick Dwyer
  Attorney for Plaintiff TAMMY SALING

**[PROPOSED] ORDER**

The Court, having reviewed and considered the Parties' Stipulation for an Early Settlement Conference, having received their waivers of disqualification, and finding good cause therefore, hereby approves the holding of an early Settlement Conference on August 28, 2018, at 9:30, Courtroom 8.

**IT IS SO ORDERED.**

Dated: July 19, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE