UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SALING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEITH ROYAL, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-1039-TLN-EFB<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

This case was before the court for a settlement conference conducted on August 28, 2018. Pursuant to the representations by counsel for the parties, the court has now determined that the matter has settled.

The court now orders that dispositional documents are to be filed not later than October 31, 2018.

All hearing dates heretofore set in this matter are VACATED.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED: August 29, 2018.

　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE