PATRICK DWYER, SBN 137743
P.O. Box 1705
Penn Valley, CA 95945
Telephone:   (530) 432-5407
Facsimile:   (530) 432-9122

Attorney for Plaintiff, TAMMY SALING

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Barakah M. Amaral, SBN 298726
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
KEITH ROYAL and GAYLE SATCHWELL

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SALING, | CASE NO.  2:13-CV-001039 TLN EFB |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |
| v. | |
| KEITH ROYAL, Sheriff of Nevada County, California; and GAYLE SATCHWELL, Former Director of Human Resources, Nevada County, | |
| Defendants. | |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tammy Saling, and Defendants Keith Royal and Gayle Satchwell hereby stipulate to the voluntary dismissal of this action with prejudice.

Except as provided in the Settlement Agreement, each party is to bear its own costs, attorney's fees, and expenses and waives any claim for such costs, fees, and expenses.

///

///

{01914771.DOCX}                                                                 1

**STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**IT IS SO STIPULATED.**

DATED: October 31, 2018                                    ATTORNEY FOR PLAINTIFF

By: /s/ Patrick Dwyer (*Authorized on 10/31/18*)
PATRICK DWYER
Attorney for Plaintiff TAMMY SALING

DATED: October 31, 2018                                    PORTER SCOTT

By: /s/ Carl L. Fessenden
CARL L. FESSENDEN
Attorney for Defendants KEITH ROYAL and
GAYLE SATCHWELL

### **\*\*ECF ATTESTATION**

I, Carl Fessenden, am the ECF User whose ID and password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 31, 2018

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE

{01914771.DOCX}                                                          2

**STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER**